*December 3, 1940.*

PAGE, Respondent, vs. CITY OF GREEN BAY, Appellant.

For the appellant: *Thos. C. Dwyer,* attorney, and *Clement W. Dwyer* of counsel, both of Green Bay.

For the respondent: *Davis & Davis* of Green Bay.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on December 3. 1940.